IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Warr, Wheeler W | Case Number: 06 B 14825 |
|---|---|---|
| | Jackson-Warr, Patrice S | Judge: Goldgar, A. Benjamin |
| | Printed: 6/10/08 | Filed: 11/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 25, 2008
Confirmed: May 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 42,558.36 | |
| Secured: | | 12,733.07 |
| Unsecured: | | 17,871.67 |
| Priority: | | 7,344.12 |
| Administrative: | | 2,311.00 |
| Trustee Fee: | | 2,298.50 |
| Other Funds: | | 0.00 |
| Totals: | 42,558.36 | 42,558.36 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,311.00 | 2,311.00 |
| 2. | Robert J Semrad & Associates | Administrative | 1,980.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Fin Acceptance | Secured | 12,383.07 | 12,383.07 |
| 6. | Wells Fargo Financial Illinois Inc | Secured | 9,439.50 | 350.00 |
| 7. | Internal Revenue Service | Priority | 7,344.12 | 7,344.12 |
| 8. | Internal Revenue Service | Unsecured | 2,839.97 | 1,788.76 |
| 9. | Peoples Energy Corp | Unsecured | 1,637.33 | 1,031.28 |
| 10. | Sprint Nextel | Unsecured | 46.20 | 28.76 |
| 11. | National Payment Center | Unsecured | 6,406.01 | 4,034.84 |
| 12. | T Mobile USA | Unsecured | 477.22 | 300.58 |
| 13. | Wells Fargo Fin Acceptance | Unsecured | 14,214.72 | 8,953.16 |
| 14. | Capital One | Unsecured | 227.45 | 143.26 |
| 15. | B-Line LLC | Unsecured | 3,490.95 | 0.00 |
| 16. | Midwest Verizon Wireless | Unsecured | 1,990.64 | 1,253.81 |
| 17. | Aspire Visa | Unsecured | 274.17 | 172.69 |
| 18. | Premier Bankcard | Unsecured | 261.22 | 164.53 |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | CitiFinancial | Unsecured | | No Claim Filed |
| 21. | Credit One | Unsecured | | No Claim Filed |
| 22. | First Premier | Unsecured | | No Claim Filed |
| 23. | Credit Processing Center | Unsecured | | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 25. | New Millennium Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Warr, Wheeler W | Case Number: 06 B 14825 |
|---|---|---|
| | Jackson-Warr, Patrice S | Judge: Goldgar, A. Benjamin |
| | Printed: 6/10/08 | Filed: 11/11/06 |

| 26. | Peoples Energy Corp | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 65,323.57 | $ 40,259.86 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 2,296.50 |
| 6.5% | 2.00 |
| | _____ |
| | $ 2,298.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

